IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEY ALLEN LEWIS,

                                                                                **Plaintiff,**

                v.                                                                                    CASE NO. 23-3088-JWL

J.J. CORTES, ET AL.,

                                                                             **Defendants.**

### MEMORANDUM AND ORDER

On May 2, 2023, the Court ordered the Wyandotte County Sheriff's Office (WCSO) to prepare and file a *Martinez* report. (Doc. 7.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.3d 1106 (10th Cir. 1991). The WCSO has filed a motion for leave to file the report out of time, explaining that counsel misunderstood the deadline for filing. (Doc. 9). The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion (Doc. 9) is **granted.** The *Martinez* report shall be filed no later than August 7, 2023. Plaintiff is granted to and including September 7, 2023 to file a reply to the *Martinez* report.

**IT IS SO ORDERED.**

DATED:   This 10th day of July, 2023, at Kansas City, Kansas.

                                                       S/ John W. Lungstrum

                                                     JOHN W. LUNGSTRUM
                                                   United States District Judge