# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JEY ALLEN LEWIS,

                **Plaintiff,**

   v.                                                       CASE NO. 23-3088-JWL

J.J. CORTES, ET AL.,

                **Defendants.**

## MEMORANDUM AND ORDER

On May 2, 2023, the Court ordered the Wyandotte County Sheriff's Office (WCSO) to prepare and file a *Martinez* report. (Doc. 7.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.3d 1106 (10th Cir. 1991). The report is currently due on August 7, 2023. (Doc. 10.) The WCSO has filed a motion for a second extension of time in which to file the report. (Doc. 11). The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion (Doc. 11) is **granted.** The *Martinez* report shall be filed no later than September 7, 2023. No further extensions are contemplated. Plaintiff is granted to and including October 9, 2023 to file a reply to the *Martinez* report.

**IT IS SO ORDERED.**

DATED: This 1st day of August, 2023, at Kansas City, Kansas.

                                                             S/ John W. Lungstrum

                                                              JOHN W. LUNGSTRUM
                                                              United States District Judge