IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEY ALLEN LEWIS,

    **Plaintiff,**

v.                                                   CASE NO. 23-3088-JWL

J.J. CORTES, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter is a civil rights action filed under 42 U.S.C. § 1983 by Plaintiff and state prisoner Jey Allen Lewis, who is currently being held at Larned State Hospital in Larned, Kansas, although the events underlying his complaint occurred while he was being held at the Wyandotte County Detention Center (WCDC). This matter comes before the Court on Plaintiff's motion for extension of time to file a reply to the *Martinez* report. (Doc. 15.) The reply was due on or before October 9, 2023. (Doc. 12.) Although the motion for extension of time is not dated, it begins by noting that the "[d]eadline was Oct[ober] 9th" and the envelope in which the motion was mailed is postmarked October 11, 2023. (Docs. 15 and 15-1.) Thus, it appears that the motion was neither drafted nor mailed until after the deadline had passed. Although Plaintiff asserts that the motion is not intended to delay these proceedings and he broadly alleges "phone communication problems," he does not explain why he waited until after the deadline to seek an extension thereof. (Doc. 15.)

In addition, earlier today, before the motion arrived in the mail, the Court issued a memorandum and order to show cause (MOSC) noting that Plaintiff had failed to timely file a reply to the *Martinez* report and directing Plaintiff to show cause, in writing, why this matter should not be dismissed. (Doc. 14.) In light of the MOSC and Plaintiff's failure to explain the reason for

1

the delayed filing of his motion for an extension of time, the Court will deny the motion and will not permit Plaintiff to file a separate reply to the *Martinez* report. Plaintiff will be permitted, however, to include in his response to the MOSC his arguments regarding the *Martinez* report. As a reminder, Plaintiff has been granted until November 13, 2023, in which to file his response to the MOSC.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion for extension of time to file a reply to the *Martinez* report (Doc. 15) is **denied.** However, Plaintiff may include in his response to the Memorandum and Order to Show Cause also entered today (Doc. 14) any arguments he wishes to make regarding the *Martinez* report.

**IT IS SO ORDERED**.

Dated October 13, 2023, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE