IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEY ALLEN LEWIS,

                            **Plaintiff,**

            v.                                                              CASE NO. 23-3088-JWL

J.J. CORTES, ET AL.,

                            **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff Jey Allen Lewis is a Kansas prisoner who is currently housed at Larned State Hospital in Larned, Kansas. The events underlying this 42 U.S.C. § 1983 civil rights action occurred while Plaintiff was housed at the Wyandotte County Detention Center. On September 7, 2023, at the direction of the Court, the Wyandotte County Sheriff's Department filed a *Martinez* Report (MR) with the Court. (Doc. 13.) Included in the MR was a certificate of service that certified that a hard copy of the MR and the attachments thereto had been "delivered via inhouse mail to the Plaintiff" the same day. *Id.* at 3.

Plaintiff now advises the Court that he "never received a copy of the *Martinez* Report that was prepared and filed with the Court." (Doc. 18, p. 1.) To ensure that Plaintiff has the opportunity to respond to specific information in the MR, the Court will provide Plaintiff, at no cost, with a copy of the MR and the attachments thereto and will grant Plaintiff additional time to file any response to the MR he wishes to file. Plaintiff need not repeat arguments he has made in his most recent filing. (Doc. 18.) The Court will consider those arguments and any response to the MR when it resumes screening of this matter.

1

**IT IS THEREFORE ORDERED** that Plaintiff is granted to and including December 22, 2023 in which to submit his written response to the *Martinez* Report. The Clerk is directed to send Plaintiff a copy of the *Martinez* Report (Doc. 13) and the attachments thereto (Docs. 13-1, 13-2, and 13-3) at no cost to Plaintiff. The Court will resume screening of this matter when Plaintiff files a response to the *Martinez* Report or when the time to do so has expired.

**IT IS SO ORDERED.**

DATED:   This 14th day of November, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum

JOHN W. LUNGSTRUM
United States District Judge